UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRENNA DUGAN,

Plaintiff,

Case No. 26-cv-13138
Hon. Matthew F. Leitman

v.

POWERSCHOOL GROUP, LLC,

Defendant.

______________________________________________________________________/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126